### 14023.   GILBERT *v.* THE STATE.

LUKE, J. Upon conflicting evidence the jury were authorized to return a verdict of guilty. The court having approved the finding of the jury, and having, upon a counter-showing by the State, found against the special ground of the motion for a new trial, it was not error to overrule the motion.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 10, 1923.

Conviction of bastardy; from Gordon superior court — Judge Tarver. September 26, 1922.

*A. L. Henson,* for plaintiff in error.

*J. M. Lang, solicitor-general,* contra.

---

### 14027.   GARMANY *et al. v.* HENSON.

LUKE, J.  1.  Where a demurrer is sustained to that paragraph of a plaintiff's petition which is the essential and necessary basis of the suit, it is not error for the court to reject evidence offered to sustain the stricken paragraph. The ruling on the demurrer is the law of the case until reversed.

(*a*) An amendment to a petition which in substance contains the same allegation as that made in the paragraph stricken on demurrer is properly disallowed.

2. For no reason assigned did the court err in directing a verdict in favor of the defendant in this case.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 10, 1923.

Complaint; from Walker superior court — Judge Wright. August 25, 1922.

*Rosser & Shaw,* for plaintiffs.

*F. W. Copeland,* for defendant.